NUMBER
13-10-00112-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

JAMES
JULIES JONES,                                                               Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 404th District Court 

of Cameron County,
Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

                      Before
Justices Garza, Benavides, and Vela

                               Memorandum
Opinion Per Curiam

 

Appellant,
James Julies Jones, attempts to appeal his conviction for burglary of a
habitation.  The trial court has certified that this Ais a plea-bargain case, and the defendant has NO right of
appeal.@  See Tex. R. App. P. 25.2(a)(2).  This Court ordered appellant's
counsel to review the record and advise this Court as to whether appellant has
a right to appeal.  See Tex. R.
App. P. 44.3, 44.4.  On June 17, 2010, this Court abated the appeal
because of counsel’s failure to respond to the Court’s order.  








The
trial court found that appellant has no right of appeal.  At the trial court
hearing appellant advised that he did not wish to pursue the appeal in his case
and requested that his appeal be dismissed.  

The
Texas Rules of Appellate Procedure provide that an appeal must be dismissed if
the trial court=s certification does not show that the
defendant has the right of appeal.  Tex.
R. App. P. 25.2(d); see Tex.
R. App. P. 37.1, 44.3, 44.4.  Accordingly, this appeal is DISMISSED.  

PER
CURIAM

 

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the

21st day of December, 2010.